IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>ELIZABETH MARIE FLING<br><br>        Debtors.<br>_____<br><br>KENNETH S. EILER, TRUSTEE<br><br>        Plaintiff,<br>vs.<br><br>ELIZABETH MARIE FLING<br><br>        Defendants. | **Case No: 21-32463-thp7**<br><br>**Adversary Proc. No:**<br><br>**COMPLAINT TO REVOKE DISCHARGE** |

Plaintiff alleges

1.

This is a core proceeding brought pursuant 28 USC 157 and 11 USC 727 by the Chapter 7 trustee seeking to revoke Defendant's bankruptcy discharge.

2.

Plaintiff is the duly appointed and acting Chapter 7 Trustee. Defendant is the Chapter 7 Debtor.

3.

Defendant filed a Chapter 7 bankruptcy petition on 12-13-21. On 2-7-23 the court entered an Order requiring the debtor to turnover her 2019, 2021, and 2021 state and federal

tax returns. The debtor has failed and refused to do so despite repeated requests from the Trustee and her counsel.

4.

Defendant/Debtor wilfully failed to comply with an order of this court in violation of 11 USC 727(a)(6)(A) and (d)(3). Defendant/Debtor's discharge should be revoked and the Trustee should be awarded a judgment for costs.

5.

To this extent necessary, Plaintiff consents to the entry of a final order or judgment by the Court pursuant to LBR 7008-1.

WHEREFORE Plaintiff prays for an Order revoking Defendant's discharge in bankruptcy and awarding him a judgment for costs.

 /s/ Kenneth S. Eiler
Kenneth S. Eiler OSB79035
Attorney for the Trustee

Kenneth S. Eiler  OSB79035
Kenneth S. Eiler PC
Attorney at Law
PMB 810
515 NW Saltzman Rd.
Portland, Or 97229
503-292-6020
503-297-9402 (fax)
kenneth.eiler@psinet.com