IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) <br> ) <br> ELIZABETH MARIE. FLING ) <br> ) <br> Debtor(s). ) <br> _____ ) <br> ) <br> KENNETH S. EILER, TRUSTEE ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ELIZABETH MARIE. FLING ) <br> ) <br> Defendant(s). ) | **Case No: 21-32463-thp7** <br><br> **Adversary Proc. No: 23-03019-thp** <br><br> **MOTION TO DISMISS** <br> **ADVERSARY PROCEEDING** |

The Plaintiff moves this court for an order dismissing the adversary proceeding filed herein with prejudice for the reason and on the grounds that the defendant has provided the Trustee with information indicating that further pursuit of this matter would not be merited.

                                                     /s/ Kenneth S. Eiler
                                                     Kenneth S. Eiler, 79035
                                                     Attorney for the Trustee

c: Ben Pradhan